```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEE,

                        Plaintiff,

      -v-

INSIDER MEDIA GROUP,

                        Defendant.

24 Civ. 1966 (VM)

ORDER

VICTOR MARRERO, District Judge:

    Plaintiff Jackson Lee filed a Complaint in the above-captioned matter on March 15, 2024. (See Dkt. No. 1.) Defendant Insider Media Group filed an Answer to the Complaint on August 23, 2024. (See Dkt. No. 10.)

    The parties are hereby directed to submit a joint letter, within thirty (30) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan that provides that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is attached hereto and is also available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:   26 August 2024
        New York, New York

_____
Victor Marrero
U.S.D.J.